UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 5:16CR10 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |
| | ) | |
| _____ | ) | |

**<u>ORDER</u>**

This matter is before the Court upon the Defendant's Motion to Terminate Supervised Release.

The Court, having reviewed the Motion, concludes that the Motion is supported by good cause. In addition, the United States does not object to the granting of Defendant's Motion. It is therefore **ORDERED** that the Defendant's Motion is **GRANTED** and Mr. Porter's supervised release is hereby terminated.

The Clerk is directed to send copies of this Order to the United States Probation Office, the United States Marshal's Service, and the United States Attorney's Office.

Signed: December 14, 2016

Richard L. Voorhees
United States District Judge

1